STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Social Positioning Input Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CLEARPATHGPS, INC.,<br><br>*Defendant.* | CASE NO.: 2:21-cv-00519-CAS<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF SOCIAL POSITIONING INPUT SYSTEMS, LLC'S ANSWER TO DEFENDANT CLEARPATHGPS, INC.'S COUNTERCLAIMS

Now comes Plaintiff, Social Position Input Systems, LLC ("Plaintiff," "Counterclaim Defendant," and/or "SPIS"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff ClearPathGPS,

Inc.'s ("Defendant," "Counterclaim Plaintiff," and/or "ClearPathGPS") Counterclaims [Doc. 11] (hereafter the "Counterclaims") as follows:

## PARTIES

1. SPIS has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2. Admitted.

## JURISDICTION

3. SPIS incorporates by reference each of its answers in paragraphs 1-2 above.

4. SPIS admits that jurisdiction is proper.

5. Admitted.

6. SPIS admits that venue is proper.

## COUNT I

7. SPIS incorporates by reference each of its answers in paragraphs 1-6 above.

8. SPIS admits that an actual controversy exists concerning infringement of the '365 Patent.

9. Denied.

10. SPIS admits that ClearPathGPS seeks a declaratory judgment. SPIS denies any remaining allegations contained in paragraph 10.

## SECOND COUNTERCLAIM

11. SPIS incorporates by reference each of its answers in paragraphs 1-10 above.

12. SPIS admits that an actual controversy exists regarding validity of the '365 Patent. SPIS denies any remaining allegations contained in paragraph 12.

13. Denied.

14. Denied.

15. SPIS admits that ClearPathGPS seeks a declaratory judgment. SPIS denies any remaining allegations contained in paragraph 15.

16. Denied.

## PRAYER FOR RELIEF

To the extent a response is required, SPIS denies that ClearPathGPS is entitled to any of the relief requested.

Dated: April 14, 2021           Respectfully submitted,

/s/ Stephen M. Lobbin
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

**Attorney(s) for Plaintiff Social Positioning Input Systems, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/ Stephen M. Lobbin