Rodeen Talebi (CA SBN 320392)
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 533-4240
Facsimile: (858) 678-5099
Email: talebi@fr.com

Neil J. McNabnay (pro hac vice)
Ricardo J. Bonilla (pro hac vice)
Noel Chakkalakal (pro hac vice)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Defendant*
*ClearPathGPS, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>CLEARPATHGPS, INC.,<br><br>      *Defendant*. | CASE NO.: 2:21-cv-00519-CAS<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION AND ORDER OF DISMISSAL

1

1    Plaintiff Social Positioning Input Systems, LLC and Defendant ClearPathGPS,

2 Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as

3 follows:

4    1.    All claims asserted by the Plaintiff in this Action are dismissed with

5 prejudice and all claims asserted by the Defendant in this Action are dismissed

6 without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

7    2.    Each party shall bear its own costs and attorneys' fees with respect to the

8 matter dismissed hereby;

9    This Stipulation and Order shall finally resolve the Action between the parties.

10

11 Dated: April 29, 2021                Respectfully submitted,

12

13                                     */s/ Stephen M. Lobbin*
                                       Stephen M. Lobbin
14                                     sml@smlavvocati.com
                                       SML AVVOCATI P.C.
15                                     888 Prospect Street, Suite 200
                                       San Diego, California 92037
16                                     (949) 636-1391 (Phone)
17

18                                     ***Attorney(s) for Plaintiff Social Positioning***
                                       ***Input Systems, LLC***
19

20

21                                     */s/ Noel F. Chakkalakal*

22                                     Rodeen Talebi (CA SBN 320392)
23                                     FISH & RICHARDSON P.C.
                                       633 West Fifth Street, 26th Floor
24                                     Los Angeles, CA 90071
25                                     Telephone: (213) 533-4240
                                       Facsimile: (858) 678-5099
26                                     Email: talebi@fr.com
27
                                       Neil J. McNabnay (*pro hac vice*)
28                                     Ricardo J. Bonilla (*pro hac vice*)

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Noel Chakkalakal (*pro hac vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

***Attorney(s) for Defendant ClearPathGPS, Inc.***

SO ORDERED this _____ day of _____, 2021.

_____

United States District Judge

JOINT STIPULATION AND ORDER OF DISMISSAL