J S - 6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOCIAL POSITIONING INPUT
SYSTEMS, LLC,

          *Plaintiff*,

v.

CLEARPATHGPS, INC.,

          *Defendant*.

CASE NO.: 2:21-cv-00519-CAS(Ex)

**ORDER JOINT STIPULATION AND
ORDER OF DISMISSAL**

     After considering the Parties' Stipulation of Dismissal, IT IS
ORDERED THAT, pursuant to FRCP 41(a), the above-referenced action is
dismissed with prejudice.

     SO ORDERED this 30th day of April, 2021.

_____
United States District Judge